[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 7, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-11060
Non-Argument Calendar

_____

D. C. Docket No. 05-00053-CR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRYSTAL JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(March 7, 2007)**

Before EDMONDSON, Chief Judge, ANDERSON and BARKETT, Circuit
Judges.

PER CURIAM:

Arthur J. Madden III, appointed appellate counsel for Crystal Jones in this

direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because the independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED.**